UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: MICHAEL O. GUIDER  § Case No. 12-83151
      ELAINE D. GUIDER  §
                                  §
         Debtor(s)  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/20/2012.

2) The plan was confirmed on 11/09/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 06/14/2013.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 12/27/2016.

6) Number of months from filing or conversion to last payment: 52.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,040.00.

10) Amount of unsecured claims discharged without full payment: $90,920.32.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 19,392.00 | |
| Less amount refunded to debtor(s) | $ 913.10 | |
| **NET RECEIPTS** | | $ 18,478.90 |

**Expenses of Administration:**

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,164.41 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,664.41 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 13,000.00 | 12,254.27 | 11,602.82 | 11,602.82 | 2,211.67 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 707.68 | 1,359.13 | 0.00 | 0.00 |
| AMCORE BANK / HARRIS BANK | Uns | 610.00 | NA | NA | 0.00 | 0.00 |
| ASHFORD UNIVERSITY ONLINE | Uns | 2,600.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Uns | 450.00 | 522.57 | 522.57 | 0.00 | 0.00 |
| CHECK INTO CASH INC | Uns | 250.00 | 308.28 | 308.28 | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 740.00 | 1,395.10 | 1,395.10 | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 1,481.00 | 1,492.02 | 1,492.02 | 0.00 | 0.00 |
| CITY OF ROCKFORD - PARKING | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 300.00 | 628.88 | 0.00 | 0.00 | 0.00 |
| CORTRUST BANK CREDIT | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 48,000.00 | 41,150.64 | 41,150.64 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIRECT LOANS | Uns | 6,100.00 | NA | NA | 0.00 | 0.00 |
| ED FINANCIAL CORP | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Uns | 100.00 | 137.62 | 137.62 | 0.00 | 0.00 |
| GECBB / PAYPLAL / SMART | Uns | 3,700.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 3,935.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE COMPANY | Uns | 2,272.00 | 2,906.01 | 2,906.01 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 3,022.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD CREDIT SERVICES | Uns | 760.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Uns | 1,260.00 | 1,266.78 | 1,266.78 | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE LLC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| METABANK | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| MIDATLANTIC FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MONROE & MAIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY / PNC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 115.00 | 231.44 | 231.44 | 0.00 | 0.00 |
| NICOR | Uns | 276.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 4,445.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MED AMB | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 600.00 | 553.20 | 553.20 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 440.00 | 378.00 | 378.00 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STACEY MCCASKILL | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 455.00 | 1,751.54 | 1,751.54 | 0.00 | 0.00 |
| US CELLULAR | Uns | 870.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 400.00 | 319.72 | 319.72 | 0.00 | 0.00 |
| BRIAN WHITE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LYLE WALKER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 0.00 | 113.00 | 113.00 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SWEDISH AMERICAN MEDICAL | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD BANK & TRUST | Uns | 470.00 | NA | NA | 0.00 | 0.00 |
| MARY C. LOHITE DPM | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIAN | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Uns | 1,240.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 0.00 | 13,943.06 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 0.00 | 11,427.05 | 0.00 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 4,382.40 | 4,382.40 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,602.82 | $ 11,602.82 | $ 2,211.67 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,602.82 | $ 11,602.82 | $ 2,211.67 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 58,267.45 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,664.41 | |
| Disbursements to Creditors | $ 13,814.49 | |
| **TOTAL DISBURSEMENTS:** | | $ 18,478.90 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  03/20/2017           By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)